NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTWANUS BRASWELL, DOC #H22341, )
                                    )

        Appellant,           )

                                      )

v.                               )        Case No. 2D18-3216

                                      )

STATE OF FLORIDA,          )

                                      )

        Appellee.          )

_____ )


Opinion filed May 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter Estrada, Judge.

Antwanus Braswell, pro se.


PER CURIAM.


        Affirmed.


KELLY, MORRIS, and BADALAMENTI, JJ., Concur.